# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 17, 2025

## NO. 03-25-00400-CV

**Distinguished Motorsports, LLC, Appellant**

**v.**

**Tom Murphy, Brent Devere, and Gary Zygmont, Appellees**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE CRUMP**

This is an appeal from the judgment signed by the trial court on May 28, 2025. Having reviewed the record, the Court holds that appellant has not prosecuted its appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.